# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

GLENDA R. COOPER,

    Plaintiff,

v.                              CASE NO. 5:15cv106-RH/CAS

KENNETH S. APFEL,

    Defendant.

_____/

## ORDER AFFIRMING DENIAL OF BENEFITS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 23, and the objections, ECF No. 24. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying benefits is AFFIRMED. The clerk must enter judgment and close the file.

SO ORDERED on April 22, 2016.

                          s/Robert L. Hinkle
                          United States District Judge